**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON SORRELLS,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES MARSHALS SERVICE, et al.,<br><br>   Defendants. | Case No.: 1:16-cv-00081-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ADD AND CORRECT NAMES OF DEFENDANTS<br><br>[ECF No. 14] |

  Plaintiff Shannon Sorrells is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

  On February 16, 2016, Plaintiff filed a motion to add and correct names of Defendants. (ECF No. 14.) Plaintiff seeks to correct the misspelled names of some of the Defendants and to add names of certain individuals.

  Inasmuch as Plaintiff's complaint, filed on January 20, 2016, was dismissed, with leave to amend, Plaintiff's motion to add and correct the names of Defendants shall be denied as unnecessary. To the extent Plaintiff seeks to amend the identity of certain Defendants he may do if and when he files an amended complaint.

IT IS SO ORDERED.

Dated:  **February 18, 2016**

                UNITED STATES MAGISTRATE JUDGE

1