UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SORRELLS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES MARSHALS SERVICE, et al.,<br><br>    Defendants. | No. 1:16-cv-00081-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION<br><br>(Doc. Nos. 21, 23) |

  Plaintiff Shannon Sorrells is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff declined magistrate judge jurisdiction, and this matter was therefore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

  On July 19, 2016, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a court order to receive medical treatment be denied. (Doc. No. 23.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within thirty days. Over thirty days have passed, and plaintiff has not filed any objections to the findings and recommendations.

/////

/////

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendation to be supported by the record and by proper analysis.

Given the foregoing:

1. The findings and recommendations filed on July 19, 2016 (Doc. No. 23) are adopted in full; and

2. Plaintiff's *ex parte* motion for "affirmative action" (Doc. No. 21) is denied.

IT IS SO ORDERED.

Dated:   **September 13, 2016**                    /s/ Dale A. Drozd
                                                                  UNITED STATES DISTRICT JUDGE