UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SORRELLS, | No. 1:16-cv-00081-DAD-SAB |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DIRECTING SERVICE AS TO DEFENDANTS HORTON AND MELHOFF, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |
| UNITED STATES MARSHALS SERVICE et al., | |
| Defendants. | |
| | (Doc. Nos. 20, 30, 31) |

Plaintiff Shannon Sorrells is a federal prisoner appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff declined to consent to magistrate judge jurisdiction for all purposes, and this matter was therefore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On February 12, 2016, the assigned magistrate judge screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it failed to state any cognizable claims for relief. Plaintiff was granted leave to file an amended complaint within thirty days. Plaintiff filed a first amended complaint on April 6, 2016. (Doc. No. 20.) On July 15, 2016, the magistrate judge screened plaintiff's first amended complaint and found that it stated a cognizable claim only for deliberate indifference to a serious medical need in violation of the Fourteenth Amendment against defendants Horton and Melhoff. (Doc. No. 22.) Plaintiff was granted leave to file a

second amended complaint with respect to the other claims he had attempted to present or to notify the court of his intent to proceed on the claim found to be cognizable. (*Id.*) After receiving an extension of time, on September 6, 2016, plaintiff filed a notice of his intent to proceed only on the claim found to be cognizable in the magistrate judge's July 15, 2016 screening order. (Doc. 30.)

Accordingly, on September 8, 2016, and in keeping with the July 15, 2016 screening order, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed against defendants Horton and Melhoff and that the court dismiss all other claims and defendants from the action for failure to state a cognizable claim for relief. (Doc. No. 31.) The findings and recommendation was served on plaintiff and contained notice that objections were to be filed within thirty days. (*Id.*) The thirty day time frame has expired, and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing,

1. The September 8, 2016 findings and recommendations (Doc. No. 31) are adopted in full;
2. This action shall proceed on plaintiff's claims against defendants Horton and Melhoff for deliberate indifference to a serious medical need in violation of the Fourteenth Amendment;
3. All other claims and defendants are dismissed from the action for failure to state a cognizable claim for relief; and
4. The matter is referred back to the magistrate judge for further proceedings including initiation of service of process by the United State Marshals.

IT IS SO ORDERED.

Dated: **November 22, 2016**

UNITED STATES DISTRICT JUDGE