# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SORRELLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES MARSHALS SERVICE, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00081-DAD-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 34] |

Plaintiff Shannon Sorrells is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 5, 2016, the Court forwarded Plaintiff the necessary service of process documents for completion and return to the Court within thirty days. (ECF No. 34.) More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the order. Accordingly, within twenty (20) days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed for failure to prosecute. The failure to respond to this order will result in dismissal of the action for failure to prosecute. Local Rule 110.

IT IS SO ORDERED.

Dated: **January 18, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1