# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SORRELLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES MARSHALS SERVICE, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00081-DAD-SAB (PC)<br><br>ORDER REQUIRING DEFENDANT HORTON TO SHOW CAUSE WHY EXPENSE OF PERSONAL SERVICE SHOULD NOT BE TAXED AGAINST HIM<br><br>(ECF Nos. 44-46 )<br><br>FIFTEEN-DAY DEADLINE |

　　　　Plaintiff Shannon Sorrells is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Pending before the Court is a request by the United States Marshals Service for reimbursement of the expense incurred in effecting personal service on Defendant Horton, filed on May 18, 2017. (ECF Nos. 44-46.)

　　　　Pursuant to the Federal Rules of Civil Procedure, individuals have "a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1). "If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant . . . the expense later incurred in making service. . . ." Fed. R. Civ. P. 4(d)(2)(A).

///

1

Based on the information provided by the Marshals Service, attempts were made to obtain a waiver of service of the summons from Defendant Horton on February 16, 2017. (ECF No. 46.) On May 2, 2017, the Marshal effected personal service, incurring an expense of $66.61. (ECF No. 45)

Accordingly, it is HEREBY ORDERED that:

1. Defendant Horton has **fifteen (15) days** from the date of this order within which to show good cause for failing to waive service; and
2. If Defendant Horton either (1) fails to respond to this order or (2) responds but fails to show good cause, he will be required to reimburse the United States Marshals Service the $66.61 expense incurred in effecting personal service.

IT IS SO ORDERED.

Dated: **May 24, 2017**

UNITED STATES MAGISTRATE JUDGE