# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SORRELLS,<br><br>        Plaintiff,<br><br>v.<br><br>HORTON, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-00081-DAD-SAB (PC)<br><br>ORDER RE-SETTING DEADLINE TO FILE EXHAUSTION MOTION AND EXTENDING ALL OTHER DEADLINES SET FORTH IN THE COURT'S MARCH 14, 2017, TO DEFENDANT HORTON AS WELL AS DEFENDANT MELHOFF<br><br>[ECF No. 42] |

Plaintiff Shannon Sorrells is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Horton and Melhoff for deliberate indifference to a serious medical need in violation of the Fourteenth Amendment.

On March 13, 2017, Defendant Melhoff filed a notice of waiver of answer and demand for jury trial. On March 14, 2017, the Court issued the discovery and scheduling order.

On May 23, 2017, Defendant Horton filed a notice of waiver of answer and demand for jury trial.

Inasmuch as Defendant Horton filed a waiver of answer after the issuance of the discovery and scheduling order, the Court will re-set the deadline to file an exhaustion motion, and extend all other deadlines set forth in the Court's March 14, 2017, to Defendant Horton and well as Defendant Melhoff.

Accordingly, it is HEREBY ORDERED that:

1. The deadline for both Defendants to file an exhaustion motion is extended to July 14, 2017; and

2. All other deadlines and provisions set forth in the Court's March 14, 2017, remain in full force and effect as to both Defendants.

IT IS SO ORDERED.

Dated: **May 25, 2017**

UNITED STATES MAGISTRATE JUDGE