# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SORRELLS,<br><br>        Plaintiff,<br><br>    v.<br><br>HORTON,<br><br>        Defendants. | Case No. 1:16-cv-00081-DAD-SAB (PC)<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANTS<br><br>[ECF No. 61] |

Plaintiff Shannon Sorrells is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 29, 2017, Defendants Hayley Mehlhoff and Jennifer Horton filed a request for Court approval of substitution of attorney, seeking to substitute attorney Nancy Hudgins and the Law Offices of Nancy E. Hudgins, with Matthew M. Grigg and Pamela Chung of the Law Offices of Matthew M. Grigg. The request is subscribed by Defendants Hayley Mehlhoff, Jennifer Horton, Ms. Hudgins and Mr. Grigg.

Good cause appearing, Defendant's request is GRANTED. Matthew M. Grigg and Pamela Chung, Esq., are substituted as counsel, and will serve as counsel of record for, Defendants Hayley Mehlhoff and Jennifer Horton.

IT IS SO ORDERED.

Dated: **January 3, 2018**

                                  UNITED STATES MAGISTRATE JUDGE